In the Matter of the Application of ELEANOR G. SULLIVAN, Appellant, against TEACHERS' RETIREMENT BOARD, Respondent.

(Argued March 18, 1930; decided May 6, 1930.)

*J. M. Cohen* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Willard S. Allen* and *William E. C. Mayer* of counsel), for respondent.

Appeal dismissed, without costs, on the ground that the order appealed from is not final; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.